CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sheet Metal Workers' International )
Association, AFL-CIO )
 )
 )
          Plaintiff )      Civil Action No._____
     vs )
 )
West Coast Choppers Inc, a )
corporation; et al. )
 )
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff Sheet Metal Workers' Int'l Ass'n__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff Sheet Metal Workers' Int'l Ass'n__ which have any outstanding securities in the hands of the public:

> There are no entities that would constitute "parent companies, subsidiaries or affiliates" of the Sheet Metal Workers' International Association which would have any outstanding securities in the hands of the public. This is because Sheet Metal Workers' International Association is an unincorporated association representing workers in collective bargaining with employers in the sheet metal industry.

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

478938                                    Arlus J. Stephens
_____         _____
BAR IDENTIFICATION NO.                    Print Name

                                          1701 K Street NW, Suite 210
                                          _____
                                          Address

                                          Washington, DC           20006
                                          _____
                                          City        State        Zip Code

                                          202-223-2620
                                          _____
                                          Phone Number