IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, an unincorporated association 1750 New York Ave. NW Washington, DC 20006-5386<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST CHOPPERS, INC. a corporation, VANILLA GORILLA L.P., a limited partnership, JESSE GREGORY JAMES, an individual, MEADWESTVACO CORPORATION, a corporation, and WAL-MART STORES, INC., a corporation, 702 S.W. 8th Street Bentonville, AR 72716<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-1787 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Anthony T. Pierce as counsel in this case for Wal-Mart Stores, Inc.

December 13, 2007

_____
Signature

415263
_____
BAR IDENTIFICATION

Anthony T. Pierce
_____
Print Name

AKIN GUMP STRAUSS HAUER & FELD LLP

1333 New Hampshire Avenue, N.W.

Washington, D.C. 20036

(202) 887-4411

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December 2007, a copy of the foregoing Notice of Appearance was served via First Class Mail, postage prepaid, on the following:

Michael T. Anderson (459617)
Arlus J. Stephens (478938)
DAVIS, COWELL & BOWE, LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620 (telephone)
(202) 223-8651 (facsimile)

*Counsel for Plaintiff Sheet Metal Workers'
International Association*

       /s/ Anthony T. Pierce
Anthony T. Pierce (415263)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW
Washington, DC 20036
(202) 887-4411 (telephone)
(202) 887-4288 (facsimile)

*Counsel for Defendant Wal-Mart Stores, Inc.*