IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION, | ) | |
| an unincorporated association | ) | |
| 1750 New York Ave. NW | ) | |
| Washington, DC 20006-5386 | ) | Civil Action No. 07-1787 (RCL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WEST COAST CHOPPERS, INC. | ) | |
| a corporation, VANILLA GORILLA L.P., | ) | |
| a limited partnership, JESSE GREGORY | ) | |
| JAMES, an individual, | ) | |
| MEADWESTVACO CORPORATION, | ) | |
| a corporation, and WAL-MART STORES, | ) | |
| INC., a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Sheet Metal Workers' International Association ("the Sheet Metal Workers") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through their respective counsel, hereby stipulate and agree that Wal-Mart's time to answer, move, or otherwise respond to the Summons and Complaint in the above-captioned action shall be extended to and include January 21, 2008.

Counsel for the Sheet Metal Workers consents to the filing of this Stipulation.

Dated:  December 14, 2007


___/s/ Arlus J. Stephens_____        ___/s/ Anthony T. Pierce_____
Michael T. Anderson (459617)                 Anthony T. Pierce (415263)
Arlus J. Stephens (478938)                   Karol A. Kepchar (491701)
DAVIS, COWELL & BOWE, LLP                     AKIN GUMP STRAUSS HAUER & FELD LLP
1701 K Street NW, Suite 210                  1333 New Hampshire Avenue NW
Washington, DC 20006                         Washington, DC 20036
(202) 223-2620 (telephone)                   (202) 887-4411 (telephone)
(202) 223-8651 (facsimile)                   (202) 887-4288 (facsimile)

*Counsel for Plaintiff Sheet Metal Workers'*   *Counsel for Defendant Wal-Mart Stores, Inc.*
*International Association*


SO ENTERED this ___ day of December 2007.


_____
Hon. Royce C. Lamberth
United States District Court for the
District of Columbia

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of December 2007, a copy of the foregoing Joint

Stipulation Extending Time to Respond to Complaint was served via First Class Mail, postage

prepaid, on the following:

Michael T. Anderson (459617)
Arlus J. Stephens (478938)
DAVIS, COWELL & BOWE, LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620 (telephone)
(202) 223-8651 (facsimile)

*Counsel for Plaintiff Sheet Metal Workers'*
*International Association*

                                                                  _____/s/ Anthony T. Pierce___
                                                                  Anthony T. Pierce (415263)
                                                                  Karol A. Kepchar (491701)
                                                                  AKIN GUMP STRAUSS HAUER & FELD LLP
                                                                  1333 New Hampshire Avenue NW
                                                                  Washington, DC 20036
                                                                   (202) 887-4411 (telephone)
                                                                  (202) 887-4288 (facsimile)

                                                                  *Counsel for Defendant Wal-Mart Stores, Inc.*