IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, an unincorporated association 1750 New York Ave. NW Washington, DC 20006-5386 | ) ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 07-1787 (RCL) |
| vs. | ) ) | |
| WEST COAST CHOPPERS, INC. a corporation, VANILLA GORILLA L.P., a limited partnership, JESSE GREGORY JAMES, an individual, MEADWESTVACO CORPORATION, a corporation, and WAL-MART STORES, INC., a corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Sheet Metal Workers' International Association ("the Sheet Metal Workers") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through their respective counsel, hereby stipulate and agree that Wal-Mart's time to answer, move, or otherwise respond to the Summons and Complaint in the above-captioned action shall be extended to and include January 21, 2008.

Counsel for the Sheet Metal Workers consents to the filing of this Stipulation.


Dated: December 14, 2007

| | |
|---|---|
|    /s/ Arlus J. Stephens |    /s/ Anthony T. Pierce |
| Michael T. Anderson (459617) | Anthony T. Pierce (415263) |
| Arlus J. Stephens (478938) | Karol A. Kepchar (491701) |
| DAVIS, COWELL & BOWE, LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 1701 K Street NW, Suite 210 | 1333 New Hampshire Avenue NW |
| Washington, DC 20006 | Washington, DC 20036 |
| (202) 223-2620 (telephone) | (202) 887-4411 (telephone) |
| (202) 223-8651 (facsimile) | (202) 887-4288 (facsimile) |
| *Counsel for Plaintiff Sheet Metal Workers' International Association* | *Counsel for Defendant Wal-Mart Stores, Inc.* |

SO ENTERED this 19th day of December 2007.

   /s/

Hon. Royce C. Lamberth
United States District Court for the
District of Columbia