IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, an unincorporated association 1750 New York Ave. NW Washington, DC 20006-5386 )<br><br>Plaintiff, )<br><br>vs. )<br><br>WEST COAST CHOPPERS, INC. a corporation, VANILLA GORILLA L.P., a limited partnership, JESSE GREGORY JAMES, an individual, MEADWESTVACO CORPORATION, a corporation, and WAL-MART STORES, INC., a corporation, )<br><br>Defendants. ) | Civil Action No. 07-1787 (RCL) |

## JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Sheet Metal Workers' International Association ("the Sheet Metal Workers") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through their respective counsel, hereby stipulate and agree that Wal-Mart's time to answer, move, or otherwise respond to the Summons and Complaint in the above-captioned action shall be extended to and include February 21, 2008, as the parties are in ongoing settlement negotiations.

Counsel for the Sheet Metal Workers consents to the filing of this Stipulation.

Dated: January 22, 2008

| | |
|---|---|
|    /s/ Arlus J. Stephens    |    /s/ Anthony T. Pierce    |
| Michael T. Anderson (459617) | Anthony T. Pierce (415263) |
| Arlus J. Stephens (478938) | Karol A. Kepchar (491701) |
| DAVIS, COWELL & BOWE, LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 1701 K Street NW, Suite 210 | 1333 New Hampshire Avenue NW |
| Washington, DC 20006 | Washington, DC 20036 |
| (202) 223-2620 (telephone) | (202) 887-4411 (telephone) |
| (202) 223-8651 (facsimile) | (202) 887-4288 (facsimile) |
| | |
| *Counsel for Plaintiff Sheet Metal Workers' International Association* | *Counsel for Defendant Wal-Mart Stores, Inc.* |

SO ENTERED this 22nd day of January 2008.


            /s/           

Hon. Royce C. Lamberth
United States District Court for the
District of Columbia