**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, an unincorporated association, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1787 (RCL) |
| WEST COAST CHOPPERS, INC. corporation, VANILLA GORILLA L.P., a limited partnership, JESSE GREGORY JAMES, an individual, MEADWESTVACO CORPORATION, a corporation, and WAL-MART STORES, INC., a corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, plaintiff Sheet Metal Workers' International Association hereby seeks dismissal of this action. Pursuant to an agreement of the parties, it is requested that the Court make the dismissal to be without prejudice until August 31, 2008, after which date, if there has been no action to re-institute this cause, this dismissal shall become with prejudice. A proposed form of Order is attached.

Respectfully submitted,

_s/ Arlus J. Stephens_
Michael T. Anderson (459617)
Arlus J. Stephens (458938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
Fax (202) 223-8651

2

Of Counsel:

John Bostjancich
Patricia S. Smart
SMART & BOSTJANCICH
19 S. LaSalle Street
Suite 1300
Chicago, IL 60603
(312) 857-2424

Attorneys for Plaintiff, Sheet Metal
Workers' International Association

Case 1:07-cv-01787-RCL    Document 11    Filed 03/21/2008    Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, an unincorporated association, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1787 (RCL) |
| WEST COAST CHOPPERS, INC. corporation, VANILLA GORILLA L.P., a limited partnership, JESSE GREGORY JAMES, an individual, MEADWESTVACO CORPORATION, a corporation, and WAL-MART STORES, INC., a corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Plaintiff Sheet Metal Workers' International Association having given notice of its intent to dismiss this action pursuant to pursuant to Rule 41 of the Federal Rules of Civil Procedure, and said dismissal coming as a result of a settlement between the parties requiring certain specified procedural terms, the Court hereby orders that this action is dismissed without prejudice to it being refiled by August 31, 2008, after which time this dismissal shall be deemed to be with prejudice.

_____          _____
Date                                                  Hon. Royce C. Lamberth