# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, an unincorporated association,<br><br>        Plaintiff,<br><br>v.<br><br>WEST COAST CHOPPERS, INC. corporation, VANILLA GORILLA L.P., a limited partnership, JESSE GREGORY JAMES, an individual, MEADWESTVACO CORPORATION, a corporation, and WAL-MART STORES, INC., a corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-1787 (RCL) |

**ORDER**

Plaintiff Sheet Metal Workers' International Association having given notice of its intent to dismiss this action pursuant to pursuant to Rule 41 of the Federal Rules of Civil Procedure, and said dismissal coming as a result of a settlement between the parties requiring certain specified procedural terms, the Court hereby orders that this action is dismissed without prejudice to it being refiled by August 31, 2008, after which time this dismissal shall be deemed to be with prejudice.

    SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 4, 2008.